UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PATTSY S. PELATE,

    Petitioner,

        v.                              Case No. 16-cv-01245 - JPG

UNITED STATES OF AMERICA,

    Respondent.

## MEMORANDUM AND ORDER

    This matter comes before the Court on petitioner Pattsy S. Pelate's Motion (Doc. 1) to Vacate, Set Aside or Correct her sentence pursuant to 28 U.S.C. § 2255.  The Petitioner has a previous 28 U.S.C. § 2255 (*Pelate v. USA, 16-cv-00999-JPG*) making his matter a successive petition.  In order for the Court to consider a successive petition, the Seventh Circuit Court of Appeals must certify the successive petition pursuant to 28 U.S.C. § 2255(h).  *Curry v. United States*, 507 F.3d 603, 604 (7th Cir. 2007); *Nunez v. United States*, 96 F.3d 990, 991 (7th Cir. 1996).

    Petitioner did not obtain a certification for a successive petition pursuant to 28 U.S.C. § 2255(h) from the Seventh Circuit Court of Appeals.   Therefore, this matter is **DISMISSED** for lack of jurisdiction.   The Clerk of Court is **DIRECTED** to close this matter and the Petitioner is **DIRECTED** to seek certification from the Seventh Circuit Court of Appeal for a successive petition.

    Also, the Court would like to inform the petitioner that ordinarily, a defendant who believes she is entitled to a lower sentence based on a retroactive guideline amendment will seek

such a reduction in a motion under 18 U.S.C. § 3582(c)(2) filed in the criminal matter, not a motion pursuant to 28 U.S.C. § 2255.

**IT IS SO ORDERED.**

**DATED:**   11/21/2016

               *s/J. Phil Gilbert*
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**